**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA, Petitioner )
)
V. ) CIVIL ACTION No. Misc. **MISC 06 066ML**
)
MICHAEL T. LAWTON, Respondent )

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island complains as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C §§ 7402 (b) and 7604 (a) to judicially enforce an Internal Revenue Service summons;

2. Shawn Skene is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office the Area Director of Internal Revenue Service, 380 Westminster Mall, 4th Floor, Providence, RI. 02903, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R 301.7602-1;

3. Upon information and belief, the respondent, Michael T. Lawton, resides or may be found at 24 Bradley St., Pawtucket, RI 02861, within the jurisdiction of this Court.

4. Revenue Officer Shawn Skene is conducting an investigation of the tax liability of Michael T. Lawton for the period(s) ending December 31, 2001; December 31, 2002; December 31, 2003; and December 31, 2004.. <u>See</u> Declaration of Shawn Skene, attached to this Petition as Exhibit A.

5. Upon information and belief, the respondent, Michael T. Lawton, is in possession and control of testimony and documents that may be relevant to this investigation.

6. On September 29, 2005, an Internal Revenue Service summons was issued directing the respondent, Michael T. Lawton, to appear before Revenue Officer Shawn Skene on October 13, 2006 at 1:00 P.M.at the Internal Revenue Service, 380 Westminster Mall, 4th Floor, Providence, RI. 02903, to testify and produce for examination books, papers, records or other data described in the summons. <u>See</u> Summons, attached as Exhibit B.

An attested copy of the summons was served to Michael T. Lawton on September 30, 2005 by Revenue Officer Shawn Skene by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.. See Exhibits A and B.

7. The respondent failed to appear on October 13, 2006. The respondent's non-compliance with the summons continues to this date. See Exhibit A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Exhibit A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records or other data to properly determine the federal tax liability of Michael T. Lawton for the period(s) ending December 31, 2001; December 31, 2002; December 31, 2003; and December 31, 2004..

THEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, Michael T. Lawton, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an order directing the respondent, Michael T. Lawton, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony and production of the books, papers, records or other data before Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ROBIN E. FEDER
ASSISTANT U.S. ATTORNEY
50 Kennedy Plaza 8th floor
Fleet Center
Providence, RI 02903
401-709-5000