IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| v. | ) | CIVIL ACTION No. Misc. |
| MICHAEL T. LAWTON, Respondent | ) | |

**DECLARATION OF REVENUE OFFICER**

I, Shawn Skene, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 380 Westminster Street, 4th floor, Providence, RI 02903. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Michael T. Lawton for the period(s) ending December 31. 2001, December 31, 2002, December 31, 2003 and December 31, 2004.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on September 29, 2005, an administrative summons to Michael T. Lawton to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on September 30, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Michael T. Lawton, by by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On October 13, 2005. Michael T. Lawton failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The respondent has complied with the summons with respect to the tax years ended December 31, 2001, December 31, 2002 and December 31, 2003 but refuses to comply with the summons with respect to tax year ended December 31, 2004.

7. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Michael T. Lawton for the period(s) ending December 31, 2004.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March, 2006.

Shawn Skene
Shawn Skene
Revenue Officer