THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner | : | |
| v. | : | C.A. NO. MISC. 06-066ML |
| MICHAEL T. LAWTON,<br>Respondent | : | |

**NOTICE OF COMPLIANCE**

______This matter is scheduled to come on for hearing before this Court on August 11, 2006, for Michael T. Lawton, respondent, to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on September 30, 2005. On or before August 9, 2006, respondent Michael T. Lawton complied with the Summons issued by the Internal Revenue Service. Therefore, this matter may be passed for compliance.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: *robin.feder@usdoj.gov*

**CERTIFICATION**

I hereby certify that on the 9th day of August, 2006, I caused to be electronically filed this Notice of Compliance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. I further certify that I forwarded a copy of the within Notice of Compliance, via regular mail, postage prepaid, to:

Michael T. Lawton
24 Bradley Street
Pawtucket, RI 02861

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: *robin.feder@usdoj.gov*